■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN POERSCHKE, Also Known As ALLEN MARTIN POERSCHKE, Appellant.—By a previous decision of this court, dated May 20, 1974, upon this appeal by defendant from a judgment of the County Court, Suffolk County, rendered August 4, 1971, the case was remitted to the County Court for determination of a stated issue and the appeal was ordered held in abeyance in the interim *(People v Poerschke,* 44 AD2d 844). The determination in question was rendered on November 15, 1974, after a hearing. Judgment of the County Court, Suffolk County, rendered August 4, 1971, affirmed. No opinion. Gulotta, P. J., Hopkins, Martuscello, Christ and Brennan, JJ., concur.

■ In the Matter of RAYMOND W. COOLEY, Appellant, v LOUIS J. FRANK, as Commissioner of the Nassau County Police Department, et al., Respondents.—Renewed proceeding dismissed on the merits and respondents' determination, dated April 28, 1969, confirmed, without costs. No opinion. Benjamin, Acting P. J., Rabin, Hopkins, Latham and Munder, JJ., concur.

---

## (June 11, 1975)

■ HERMAN SINGER, Respondent, v CITY OF NEW YORK et al., Appellants.—In an action for an injunction, defendants appeal from an order of the Supreme Court, Kings County, entered June 11, 1975, which, *inter alia,* directed them to postpone to June 20, 1975 the deadline date for the submission of bids and the opening thereof for a leasehold on the property involved in this action, containing a roller coaster ride commonly known as "The Cyclone". Order modified by (a) striking from the first decretal paragraph thereof the date "June 20, 1975" and substituting therefor the date "June 17, 1975" and (b) striking the second decretal paragraph thereof in its entirety and substituting therefor the following: "Ordered that the defendants shall give adequate and timely notice of the change of date to June 17, 1975; and it is further". As so modified, order affirmed, without costs. In our view, a postponement of the deadline date for the receipt and opening of sealed bids to June 17, 1975 more adequately protects the interests of those involved. Gulotta, P. J., Rabin, Cohalan, Christ and Benjamin, JJ., concur.

---

## (June 13, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WILLIAMS, Appellant.—Judgment of the Supreme Court, Kings County, rendered September 27, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Hopkins, Acting P. J., Martuscello, Latham, Brennan and Munder, JJ., concur.